IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE VILLANUEVA,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>    Defendants.<br>_____/ | No. 10-03030 CW<br><br>ORDER ON DEFENDANT'S MOTION TO DISMISS |

On July 19, 2010, Defendant Wachovia Bank moved to dismiss Plaintiff's complaint. Plaintiff failed to file an opposition, which was due on August 5, 2010. Plaintiff shall file an opposition by August 23, 2010 or the case will be dismissed for failure to prosecute. If Plaintiff files an opposition, Defendant shall reply one week thereafter. The matter will be taken under submission and decided on the papers. The August 26, 2010 hearing is vacated.

    IT IS SO ORDERED.

Dated: 8/23/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VILLANUEVA et al,

        Plaintiff,

v.

WACHOVIA BANK NATIONAL ASSOCIATION et al,

        Defendant.

Case Number: CV10-03030 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosemarie Villanueva
100 Teal Court
Brentwood, CA 94513

Dated: August 23, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2