IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE VILLANUEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>    Defendants.<br>_____/ | No. 10-03030 CW<br><br>ORDER DISMISSING PLAINTIFF'S CASE FOR FAILURE TO PROSECUTE |

    On July 19, 2010, Defendant Wachovia Bank moved to dismiss Plaintiff's complaint.  Plaintiff failed to file an opposition, which was due on August 5, 2010.  The Court warned Plaintiff that, if she failed to file an opposition by August 30, 2010, the case would be dismissed for failure to prosecute.  To date, Plaintiff has not filed an opposition; therefore, the Court dismisses Plaintiff's case for failure to prosecute.

    IT IS SO ORDERED.

Dated: 8/31/2010

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VILLANUEVA et al,

        Plaintiff,

v.

WACHOVIA BANK NATIONAL ASSOCIATION et al,

        Defendant.

Case Number: CV10-03030 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosemarie Villanueva
100 Teal Court
Brentwood, CA 94513

Dated: August 31, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2